Cardillo & Corbett
Attorneys for Plaintiff
Supply Base Corporation Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

JUDGE BUCHWALD    08 CV 5705

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SUPPLY BASE CORPORATION PTE. LTD.,

                     Plaintiff,

     -against-

MARCO POLO SHIPPING CO. PTE. LTD.,

                     Defendant.
------------------------------------------------x

RULE 7.1 STATEMENT

RECEIVED
JUN 25 2008
U.S.D.C. S.D.N.Y.
CASHIERS

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, SUPPLY BASE CORPORATION PTE. LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
           June 24, 2008

                               CARDILLO & CORBETT
                               Attorneys for Plaintiff
                               SUPPLY BASE CORPORATION PTE. LTD.

                            By: _____
                               Francis H. McNamara (FM 4649)