Cardillo & Corbett
Attorneys for Plaintiff
Supply Base Corporation Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06-27-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SUPPLY BASE CORPORATION PTE. LTD.,       :
                                          :   ECF
                         Plaintiff,       :   ORDER APPOINTING
                                          :   PERSON TO SERVE
              -against-                   :   PROCESS
                                          :   08 Civ. 5705 (NRB)
MARCO POLO SHIPPING CO. PTE. LTD.,        :
                                          :
                         Defendant.       :
------------------------------------x

    Upon motion of the Plaintiff for an order appointing Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

    Upon reading the Affidavit of Francis H. McNamara, sworn to June 24, 2008, and good cause having been shown,

    IT IS ORDERED that Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the

Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
       June 26, 2008

_____
United State District Judge