Cardillo & Corbett
Attorneys for Plaintiff
Supply Base Corporation Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SUPPLY BASE CORPORATION PTE. LTD.,  :
                                    :    ECF
                    Plaintiff,      :    AFFIDAVIT PURSUANT
                                    :    TO SUPPLEMENTAL
          -against-                 :    RULE B
                                    :    08 Civ. 5705 (NRB)
MARCO POLO SHIPPING CO. PTE. LTD.,  :
                                    :
                    Defendant.      :
------------------------------------x

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

      FRANCIS H. McNAMARA, being duly sworn, deposes and says:

      1.  I am a member of the Bar of this Court and associated with the firm of Cardillo & Corbett, attorneys for the Plaintiff herein.  I am familiar with the facts of this case and make this affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

      2.  I have attempted to locate the defendant, MARCO

POLO SHIPPING CO. PTE. LTD. As part of my investigation to locate the Defendant within this District, I examined the telephone company information directory, as well as the white and yellow pages of New York listed on the Internet or World Wide Web, and did not find any listing for the Defendant.

3. The database of the office of the New York State Secretary of State was searched to determine if the Defendant is qualified to do business in New York, without result.

4. On information and belief, Defendant, MARCO POLO SHIPPING CO. PTE. LTD., was and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law, with a place of business at 1 Sims Lane, # 04-11, Singapore 387355.

5. In consequence of these inquiries your deponent believes that the Defendant cannot be found within the Southern District of New York.

6. Upon information and belief, Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro Bank NV, American Express Bank, Banco Popular, Bank Leumi, Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of India, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Societe Generale,

Standard Chartered Bank, State Bank of India, UBS AG and/or Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

- a) accounts in the name of MARCO POLO SHIPPING CO. PTE. LTD., or

- b) electronic funds transfers listing MARCO POLO SHIPPING CO. PTE. LTD., as a beneficiary of the funds transfer, or

- c) electronic funds transfers showing MARCO POLO SHIPPING CO. PTE. LTD., as the remitting party or ordering customer.

7. This is Supply Base Corporation Pte. Ltd.'s first request for this relief.

WHEREFORE, SUPPLY BASE CORPORATION PTE. LTD. respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of MARCO POLO SHIPPING CO. PTE. LTD.'s tangible and intangible property within this District.

_____
FRANCIS H. McNAMARA

Sworn to before me this
24th day of June, 2008

_____
NOTARY PUBLIC

TULIO R. PRIETO
Notary Public, State of New York
No. 02PR6070011
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires February 19, 2010

3