Cardillo & Corbett
Attorneys for Plaintiff
Supply Base Corporation Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SUPPLY BASE CORPORATION PTE. LTD.,  :
                                    :         ECF
                       Plaintiff,   :         AFFIDAVIT IN
                                    :         SUPPORT OF PERSON
            -against-               :         TO SERVE PROCESS
                                    :         08 Civ. 5705 (NRB)
MARCO POLO SHIPPING CO. PTE. LTD.,  :
                                    :
                       Defendant.   :
------------------------------------x

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

       FRANCIS H. McNAMARA, being duly sworn, deposes and says:

       1.  I am a member of the Bar of this court, associated with the law firm of Cardillo & Corbett, attorneys for Plaintiff, and am fully familiar with the facts and circumstances in the captioned matter.

       2.  This affidavit is made pursuant to Rule 4(c) of the Federal Rules of Civil Procedure in support of an order to appoint myself, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro or any other partner, associate, paralegal or other agent of Cardillo & Corbett, in addition to the United States Marshal, to serve the Verified Complaint, the

Process of Maritime Attachment and Garnishment, and other process in this action.

3. The granting of this request will result in expediting the service of process. The action involves a claim for breach of a maritime contract, viz., a charter party for a named vessel. The Defendant cannot be found within this District but has or will have funds, monies, credits and debts in this District in the hands of ABN Amro Bank NV, American Express Bank, Banco Popular, Bank Leumi, Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of India, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Societe Generale, Standard Chartered Bank, State Bank of India, UBS AG and/or Wachovia Bank, that can be attached, and it is desirable to expedite service of process to prevent such funds, monies, credits or debts from being disbursed.

WHEREFORE, it is respectfully requested that the order be granted appointing Francis H. McNamara, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve process in this action.

FRANCIS H. MCNAMARA

Sworn to before me this 24th day of June, 2008

NOTARY PUBLIC

TULIO R. PRIETO
Notary Public, State of New York
No. 02PR6070011
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires February 19, 2010

2