Cardillo & Corbett
Attorneys for Plaintiff
Supply Base Corporation Pte. Ltd.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SUPPLY BASE CORPORATION PTE. LTD.,    :    ECF
                                      :
                    Plaintiff,        :    08 Civ. 5705 (NRB)
                                      :
       -against-                      :    **NOTICE OF DISMISSAL**
                                      :    **PURSUANT TO FRCP**
MARCO POLO SHIPPING CO. PTE. LTD.,    :    **RULE 41(a)(1)**
                                      :
                    Defendant.        :
----------------------------------------x

   PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated:    August 29, 2008

                          CARDILLO & CORBETT
                          Attorneys for Plaintiff
                          SUPPLY BASE CORPORATION PTE. LTD.

                          By: _____
                              Francis H. McNamara (FM4649)
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: 212-344-0464